UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES SCHOOL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:24-cv-00765 AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this Social Security action in pro se.  On May 13, 2024, the administrative record in this case was filed.  ECF No. 8.  Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 5 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on June 12, 2024.  The motion was not timely filed.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.  Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: June 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE