UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | No.  2:24-cv-00765 AC PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, who has been granted *in forma pauperis* status, is proceeding pro se in this social security action.  ECF Nos. 3.  On May 13, 2024, the Commissioner filed the Social Security Administrative Transcript in Electronic Format.  ECF No 8.  Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 5 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on June 12, 2024.  The motion was not timely filed.  On June 27, 2024, the undersigned issued an Order to Show Cause to plaintiff why the failure to file the required motion should not be deemed a waiver of the right to file such a motion at any time, and why the case should be dismissed for failure to prosecute. ECF No. 9.  A response was due on July 11, 2024, but no response was filed.  Plaintiff has not taken any action in this case whatsoever since filing it, and the court concludes that plaintiff has abandoned the case.

1

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Considering plaintiff's failure to prosecute this action and to comply with the court's orders, the sanction of dismissal is appropriate. In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

Therefore, the Clerk of Court is DIRECTED to assign a District Judge to this case, and IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110. These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE